**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jay Emmitt BAKER, Defendant–Appellant.**

No. 10–6783.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 27, 2011.

Decided: Feb. 14, 2011.

Jay Emmitt Baker, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Emmitt Baker appeals the district court's order denying his motion to reconsider the court's order denying his motion to compel the Government to file a Fed. R.Crim.P. 35(b) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Baker,* No. 4:07–cr–00642–TLW–1 (D.S.C. Nov. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*